NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| SAM STROTHER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-5045 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Kimberly Sharpe
Byrd, Judge.


PER CURIAM.


Affirmed.  See Martin v. State, 987 So. 2d 141 (Fla. 2d DCA 2008);

McGuire v. State, 979 So. 2d 262 (Fla. 2d DCA 2007).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.